COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK on Complaint of MARGARETHA MUNZ, Respondent, v. WINFRED TROWBRIDGE, Appellant.— Order of the Court of Special Sessions of the City of New York, Borough of Queens, adjudging the defendant the father of complainant's child, unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

DOMINICK CURCIO, as Administrator, etc., of MICHAEL CURCIO, Deceased, Respondent, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.— Appeal by defendant from a judgment of the City Court of Yonkers entered upon the verdict of a jury in favor of the plaintff in an action to recover upon two industrial life insurance policies, and from an order denying its motion to set aside the verdict. Judgment in favor of the plaintiff, and order denying defendant's motion to set aside the verdict, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

JOSEPH FRIEDMAN, Respondent, v. MICHAEL FRIEDMAN, as Administrator, etc., of AUGUSTA FRIEDMAN, Deceased, Appellant.— Order of Appellate Term affirming an order of the City Court of the City of New York, County of Kings, granting plaintiff's motion for summary judgment, and the judgment entered on said order, reversed on the law, order and judgment of the City Court reversed, with costs in all courts, and motion for summary judgment denied, with ten dollars costs and disbursements. The plaintiff is the holder of certain unpaid checks alleged to have been drawn in his favor by the defendant's intestate. The defendant, administrator, has denied knowledge of the transaction in which the checks were given. On the showing thus far made, it is likely that the plaintiff will succeed at a trial, but the plaintiff is required to establish his claim by formal proof. (*Woodmere Academy* v. *Moskowitz*, 212 App. Div. 457.) Carswell, Adel, Taylor and Close, JJ., concur; Lazansky, P. J., dissents.

GERHAUSER BROS., INC., Respondent, v. ESTOPCO, INC., ESTATES OPERATING Co., INC., BERNARD PEAR, JOSEPH J. PEAR, and HARRY E. PEAR, Appellants.— Orders denying motions of the defendant Joseph J. Pear and of the remaining defendants to dismiss the plaintiff's amended complaint for insufficiency affirmed, with ten dollars costs and disbursements, with leave to defendants to answer within ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ., concur.